UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT


March 3, 2010


**E R R A T A**



Appeal No. 2009-1390                LAWLER MFG V BRADLEY CORPORATION


Decided:  January 22, 2010          Nonprecedential Opinion



Please make the following change:

    Page 6, line 2, replace "Thereafter" with -- As seen --.